UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARBARA BARROSSE, Plaintiff | * | CIVIL ACTION NO. |
| | * | *2:20-cv-03147, Section "F", Mag 2* |
| | * | |
| VERSUS | * | |
| | * | |
| AMTRAK, ET AL, Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

ON MOTION OF the undersigned counsel, Dennis E. Rinck, Jr. and Rivertown Law Center, LLC, and upon suggesting that plaintiff has previously fired undersigned counsel, and informed counsel that plaintiff hired new counsel on December 17, 2020, however, said new counsel has since failed to enroll in this matter. Therefore, we respectfully move that Dennis E. Rinck, Jr. and Rivertown Law Center, LLC be granted leave to withdraw as counsel of record for the plaintiff listed in this matter. Counsel avers that upon information and belief, the present address for Plaintiff, Ms. Barbara Barrosse, is as follows:

**Ms. Barbara Barrosse**
**137 Andrea Street**
**River Ridge, LA 70123**

Respectfully submitted,
*/s/ Dennis E. Rinck, Jr.*
DENNIS E. RINCK, JR. (#32653)
Rivertown Law Center, LLC
1824 Williams Blvd., Suite C
Kenner, Louisiana 70062
Telephone (504) 704-1194
Fax (504) 364-9366
Counsel for Plaintiff

## LOCAL RULE 83.2.11 CERTIFICATE

I HEREBY CERTIFY that previously, on December 30, 2020, January 15, 2021, and May 10, 2021, as well as most recently on this day, December 6, 2021, I informed plaintiff of all deadlines and pending court appearances in this matter.

*/s/ Dennis E. Rinck, Jr.*
DENNIS E. RINCK, JR.

## **LOCAL RULE 5.4 CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, December 6, 2021, a copy of the above and foregoing document has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing, and I will be mailing to the plaintiff, Ms. Barbara Barrosse at her address listed above via USPS Certified Mail.

*/s/ Dennis E. Rinck, Jr.*
DENNIS E. RINCK, JR.